PATRICK W. GIBBS, Appellant, *v.* CONROY BROTHERS, Respondent.

*Gibbs* v. *Conroy Brothers*, 169 App. Div. 937, appeal dismissed.
(Submitted October 30, 1916; decided November 3, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1916, which affirmed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of the defendant.

The motion was made upon the ground of failure to file the required undertaking.

*James B. Henney* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.